**FILED**
June 26, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EDWARD THOMAS TALLY, ) <br> ) <br> Defendant. ) | Case No. Cr.S-06-0175-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release EDWARD THOMAS TALLY, Case No. Cr.S-06-0175-WBS, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

X Bail Posted in the Sum of $_____

    X Unsecured Appearance Bond *in amount of $25,000*

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    X (Other)    <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 26, 2006</u> at *3:00 p.m.*

By *[signature]*
Dale A. Drozd
United States Magistrate Judge