1  DANIEL BRODERICK, Bar No. 89424
   Federal Defender
2  NED SMOCK, Bar No. 236238
   Assistant Federal Defender
3  801 I Street, Third Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   Jacques Cancio Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR S-06-175 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER** |
| ) | |
| ) | |
| JACQUES CANCIO DELACRUZ, and ) | Date: August 30, 2006 |
| EDWARD THOMAS TALLEY, ) | Time: 9:00 A.M. |
| ) | Judge: Hon. William B. Shubb |
| Defendants. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Lawrence Brown, defendant Jacques Delacruz, by his counsel, Ned Smock, and defendant Edward Talley, through his attorney Christopher Hayden-Myer, hereby stipulate and agree that the status conference now scheduled for July 19, 2006 at 9:00 AM be vacated and a new date of August 30, 2006 at 9:00 AM be set for status.

The government filed a superseding indictment in this matter adding Mr. Talley as a defendant on June 15, 2006. Mr. Talley's initial appearance was June 23, 2006. Counsel for both defendants are

1

reviewing discovery provided thus far. Significant investigation must be performed in this matter, including interviews of several witnesses, viewing the evidence, and locating relevant records. Both defense counsel need time to perform that investigation and to do necessary legal research.

It is stipulated that the period from July 19, 2006 until August 30, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                    Respectfully submitted,
                                    MCGREGOR SCOTT
                                    United States Attorney


DATED: July 14, 2006            /s/ Lawrence Brown
                                    LAWRENCE BROWN
                                    Assistant U. S. Attorney


DATED: July 14, 2006            /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    JACQUES CANCIO DELACRUZ


DATED: July 14, 2006            /s/ Christopher Hayden-Myer
                                    CHRISTOPHER HAYDEN-MYER
                                    Attorney for Defendant
                                    EDWARD THOMAS TALLEY
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: July 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE