UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Edward Thomas Talley                **Docket No. CRS. 06-0175-WBS**

**COMES NOW** Rebecca A. Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Edward Thomas Talley, who was placed on bond by the Honorable Dale A. Drozd, sitting in the Court at Sacramento, California, on the 26th day of June, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:471 - Manufacture of Counterfeit Obligations and Securities

**BOND CONDITIONS:** On June 26, 2006, the defendant was released on a $25,000 Unsecured Appearance Bond, with Pretrial Services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to report to Pretrial Services as directed on four separate occasions, he failed to submit to random urinalysis testing on three separate occasions, he provided a urine sample which tested positive for amphetamine/methamphetamine and his whereabouts are currently unknown.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for said defendant.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                 Respectfully submitted,

                                                 /s/ Rebecca A. Fidelman
                                                 Rebecca A. Fidelman
                                                 Pretrial Services Officer
                                                 DATE: August 23, 2006

## ORDER

__X__ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _No Bail_ .

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

_____ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this __23rd__ day of __August__, 20_06_, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/~~U.S. District Judge~~

### BOND CONDITIONS:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.