DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Jacques Cancio Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>              Plaintiff,               )<br>                                        )<br>    v.                                  )<br>                                        )<br>                                        )<br>JACQUES CANCIO DELACRUZ, and            )<br>EDWARD THOMAS TALLEY,                   )<br>                                        )<br>              Defendants.               )<br>_____)| No. CR S-06-175 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br><br>Date: October 18, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Lawrence Brown, defendant Jacques Delacruz, by his counsel, Ned Smock, and defendant Edward Talley, through his attorney Christopher Hayden-Myer, hereby stipulate and agree that the status conference now scheduled for September 27, 2006 at 9:00 AM be vacated and a new date of October 18, 2006 at 9:00 AM be set for status.

Counsel for both defendants are reviewing discovery provided thus far.  Significant investigation remains to be performed in this matter.  Both defense counsel need time to perform that investigation

1

and to do necessary legal research.

It is stipulated that the period from September 27, 2006 until October 18, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              MCGREGOR SCOTT
                              United States Attorney


DATED:  September 28, 2006    /s/ Lawrence Brown
                              LAWRENCE BROWN
                              Assistant U. S. Attorney



DATED:  September 28, 2006    /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              JACQUES CANCIO DELACRUZ


DATED:  September 28, 2006    /s/ Christopher Hayden-Myer
                              CHRISTOPHER HAYDEN-MYER
                              Attorney for Defendant
                              EDWARD THOMAS TALLEY
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: October 2, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE