1   DANIEL BRODERICK, Bar No. 89424
    Federal Defender
2   NED SMOCK, Bar No. 236238
    Assistant Federal Defender
3   801 I Street, Third Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    Jacques Cancio Delacruz

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )
                                     )   No. CR S-06-175 WBS
13              Plaintiff,           )
                                     )   **STIPULATION AND [~~PROPOSED~~]**
14        v.                         )   **ORDER**
                                     )
15                                   )
                                     )
16  JACQUES CANCIO DELACRUZ, and     )   Date: November 22, 2006
    EDWARD THOMAS TALLEY,            )   Time: 9:00 A.M.
17                                   )   Judge: Hon. William B. Shubb
                Defendants.          )
18  _____)

19

20        Plaintiff United States of America, by its counsel, Assistant

21  United States Attorney Lawrence Brown, defendant Jacques Delacruz, by

22  his counsel, Ned Smock, and defendant Edward Talley, through his

23  attorney Christopher Hayden-Myer, hereby stipulate and agree that the

24  status conference now scheduled for October 18, 2006 at 9:00 AM be

25  vacated and a new date of November 22, 2006 at 9:00 AM be set for

26  status.

27        Counsel for both defendants are engaged in ongoing investigation,

28  including locating witnesses.  Both defense counsel need additional

    time to perform that investigation and to do necessary legal research.

                                     1

It is stipulated that the period from October 18, 2006 until November 22, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                        Respectfully submitted,
                                        MCGREGOR SCOTT
                                        United States Attorney


DATED: October 16, 2006_____/s/ Lawrence Brown_____
                                        LAWRENCE BROWN
                                        Assistant U. S. Attorney


DATED: October 16, 2006 _____/s/ Ned Smock_____
                                        NED SMOCK
                                        Attorney for Defendant
                                        JACQUES CANCIO DELACRUZ


DATED: October 16, 2006    /s/ Christopher Hayden-Myer
_____CHRISTOPHER HAYDEN-MYER
                                        Attorney for Defendant
                                        EDWARD THOMAS TALLEY




                              **O R D E R**

      FOR GOOD CAUSE SHOWN IT IS SO ORDERED.


DATED: October 16, 2006

                          _William B. Shubb_____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE