DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Jacques Cancio Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>       v.                              )<br>                                        )<br>                                        )<br>JACQUES CANCIO DELACRUZ, and            )<br>EDWARD THOMAS TALLEY,                   )<br>                                        )<br>            Defendants.                 )<br>_____ ) | No. CR S-06-175 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER**<br><br><br>Date: December 20, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Lawrence Brown, defendant Jacques Delacruz, by his counsel, Ned Smock, and defendant Edward Talley, through his attorney Christopher Hayden-Myer, hereby stipulate and agree that the status conference now scheduled for November 29, 2006 at 9:00 AM be vacated and a new date of December 20, 2006 at 9:00 AM be set for status.

Counsel for both defendants are engaged in ongoing investigation, including locating witnesses.  Both defense counsel need additional time to perform that investigation and to do necessary legal research.

1

It is stipulated that the period from November 29, 2006 until December 20, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                Respectfully submitted,
                                MCGREGOR SCOTT
                                United States Attorney


DATED: November 28, 2006        /s/ Lawrence Brown
                                LAWRENCE BROWN
                                Assistant U. S. Attorney



DATED: November 28, 2006        /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                JACQUES CANCIO DELACRUZ

DATED: November 28, 2006        /s/ Christopher Hayden-Myer
                                CHRISTOPHER HAYDEN-MYER
                                Attorney for Defendant
                                EDWARD THOMAS TALLEY
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: November 29, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2