CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
EDWARD THOMAS TALLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-06-175 |
| Plaintiff, | STIPULATION; [~~PROPOSED~~] ORDER |
| v. | DATE: March 2, 2009 |
| EDWARD THOMAS TALLEY, | TIME: 8:30 a.m. |
| | COURT: Hon. William B. Shubb |
| Defendant. | |

Defendant, EDWARD THOMAS TALLEY, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through United States Attorney Lawrence Brown, agree as follows:

It is hereby stipulated that the hearing regarding Mr. Talley's Probation Violation, currently set for March 2, 2009, be vacated and a new hearing be scheduled on March 30, 2009 at 8:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to March 30, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare.

| | |
|---|---|
| Dated: February 27, 2009 | Respectfully submitted,<br><br>/s/ Christopher Haydn-Myer<br>_____<br>CHRISTOPHER HAYDN-MYER<br>Attorney for Defendant<br>EDWARD THOMAS TALLEY |
| DATED: February 27, 2009 | LAWRENCE BROWN<br>United States Attorney<br><br><u>/S/ Christopher Haydn-Myer for</u><br>LAWRENCE BROWN<br>United States Attorney<br>Attorney for Plaintiff |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the hearing currently set for March 2, 2009, be vacated and a new hearing be scheduled on March 30, 2009 at 8:30 a.m., and the time under the Speedy Trial Act should be excluded from today's date to March 30, 2009, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: March 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2