1   CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
2   Sacramento, California 95811
    Telephone: (916) 622-1703
3   Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
4

5   Attorney for Defendant
    EDWARD THOMAS TALLEY
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )  CR. NO. S-06-175
                                     )
11              Plaintiff,           )  STIPULATION; [PROPOSED] ORDER
                                     )
12       v.                          )
                                     )  DATE:  March 30, 2009
13  EDWARD THOMAS TALLEY,            )  TIME:  8:30 a.m.
                                     )  COURT: Hon. William B. Shubb
14              Defendant.           )
                                     )
15  _____)
                                     )
16                                   )

17       Defendant, EDWARD THOMAS TALLEY, through Christopher Haydn-Myer,

18  Attorney At Law, and the United States of America, through United

19  States Attorney Lawrence Brown, agree as follows:

20       It is hereby stipulated that the hearing regarding Mr. Talley's

21  Probation Violation, currently set for March 30, 2009, be vacated and a

22  new hearing be scheduled on May 4, 2009 at 8:30 a.m.

23       It is further stipulated and agreed between the parties that the

24  time under the Speedy Trial Act should be excluded from today's date to

25  May 4, 2009, under Local Code T4, Title 18, United States Code section

26  3161(h)(8)(B)(iv), to give the defendant time to further review the

27  discovery and to adequately prepare.

28

```
 1  Dated: March 27, 2009

 2                                      Respectfully submitted,

 3                                      /s/ Christopher Haydn-Myer
                                        _____
 4                                      CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
 5                                      EDWARD THOMAS TALLEY

 6  DATED: March 27, 2009               LAWRENCE BROWN
                                        Acting United States Attorney
 7
                                        /S/ Christopher Haydn-Myer for
 8                                      LAWRENCE BROWN
                                        Acting United States Attorney
 9                                      Attorney for Plaintiff

10                              ORDER

11  FOR  GOOD  CAUSE  SHOWN,  IT  IS  SO  ORDERED  that  the  hearing  regarding

12  defendant's  Probation  Violation,  currently  set  for  March  30,  2009,  be

13  vacated  and  a  new  hearing  be  scheduled  on  May  4,  2009  at  8:30  a.m.,  and

14  the  time  under  the  Speedy  Trial  Act  should  be  excluded  from  today's  date

15  to  May  4th,  2009,  under  Local  Code  T4,  Title  18,  United  States  Code

16  section 3161(h)(8)(B)(iv).

17
18  DATED:  March 27, 2009

19
                        _____
20                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28                              2
```