UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

Edward Thomas Talley,

         Defendant.
_____/

CR. No. 06-175 WBS

**RELATED CASE ORDER**

UNITED STATES OF AMERICA,

         Plaintiff

   v.

Edward Thomas Talley,

         Defendant.
_____/

CR. No. 08-186 MCE

     The court is in receipt of the Government's Notice of Related Cases filed on June 3, 2009 in the above matters. Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same defendant and are based on the same or similar claims, and would entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to convenient to the parties.

1    IT IS THEREFORE ORDERED that the action denominated, 2:06-cr-00175-02 WBS is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in the reassigned cases are hereby VACATED.  Henceforth, the captions filed in the reassigned case shall be shown as, 2:06-cr-00175 MCE.

   IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

   IT IS SO ORDERED.

Dated: June 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE